ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Nov-28  15:28:19
60CV-23-9028
C06D06 : 3 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
CIVIL DIVISION

PULASKI COUNTY SPECIAL SCHOOL DISTRICT                    PLAINTIFF

v.                        No. _____

M.H. and C.G-H., Parents of D.H-G., a minor                    DEFENDANTS

## COMPLAINT-APPEAL OF FINAL ADMINISTRATIVE DECISION
## IN CASE NO. H-23-37

Plaintiff, Pulaski County Special School District ("District"), by its attorneys, for its Complaint-Appeal of Final Administrative Decision in Case No. H-23-37, alleges and states:

### PARTIES

1.      Plaintiff, Pulaski County Special School District, is a public school district organized and operating pursuant to the laws of the State of Arkansas and a "local educational agency" as provided by 20 U.S.C. § 1401(15).

2.      Defendants, M.H. and C.G-H., parents of D.H-G., a minor ("Parents"), are individual residents of Little Rock, Pulaski County, Arkansas.

### JURISDICTION AND VENUE

3.      Subject matter jurisdiction is proper pursuant to Section 6 of Amendment 80 of the Arkansas Constitution and 20 U.S.C. § 1415(i)(2).   Venue is proper in this court pursuant to Ark. Code Ann. §§ 16-60-101, *et seq.*

### FACTUAL BACKGROUND

4.      On or about May 16, 2023, Parents filed their original Due Process Complaint ("DPC") with the Arkansas Department of Education ("ADE").   In the DPC, Parents alleged that their minor son, D.H-G. ("Student"), at the time a second-grade student in the District, had been diagnosed with disabilities that qualified him for special education pursuant to the Individuals with Disabilities in Education Act ("IDEA"), 20 U.S.C. §§ 1400, *et seq.*   Parents complained that the

*EXHIBIT A*

District had violated the IDEA and requested an administrative hearing pursuant to the IDEA with the ADE.   The due process hearing was conducted by the hearing officer on June 28-30, 2023 and July 24 and 26, 2023.

5.      Following the submission of post-hearing briefs from the parties, the hearing officer issued a decision on August 30, 2023.   The Final Decision and Order ("Final Decision") largely found in favor of the Parents.

6.      Specifically, the erroneous findings of fact and conclusions of law in the Final Decision include, but are not limited to, the following:

(a)      The Final Decision erroneously found that the District did not fulfill its child find obligations with regard to Student, thus procedurally violating IDEA;

(b)      The Final Decision erroneously found that the District failed to provide the Student a free appropriate public education ("FAPE") and held that the District failed to properly evaluate Student and properly consider him for special education programming and related services between August 17, 2022 and March 16, 2023, resulting in a substantive denial of FAPE; and

(c)      The Final Decision erroneously ordered the District to implement numerous remedies, including but not limited to, conducting several comprehensive evaluations of Student, including a functional behavior assessment by a behavior specialist or BCBA agreeable to the Parents, and requiring the District to meet with the Parents to discuss the evaluation results and determine whether Student is a student with a disability in need of special education services under IDEA.

**CLAIM FOR RELIEF PURSUANT TO THE IDEA**

7.      Plaintiff restates and realleges each of the allegations set forth in paragraphs 1 through 6 as if set forth herein word for word.

8.     The District is a "party aggrieved" by the findings and decision of the hearing officer in the due process hearing, in that the decision of the hearing officer erroneously found, in part, that the District had violated the IDEA and relevant federal or state regulations promulgated thereunder in connection with the educational services provided by the District to the Student. The evidence presented at the due process hearing did not fairly and rationally support the hearing officer's findings against the District, and the hearing officer's decisions in favor of Defendants were contrary to the evidence.   The evidence showed that (a) the District complied with the procedures set forth in the IDEA and pertinent federal and state regulations, and (b) the educational plan and services provided by the District were reasonably calculated to enable the Student to receive educational benefits.

WHEREFORE, Plaintiff, Pulaski County Special School District, respectfully requests that this Court enter judgment in favor of Plaintiff and against Defendants by reversing the decision of the hearing officer on all claims in which the hearing officer ruled in favor of Defendants; for Plaintiff's attorneys' fees and costs incurred herein; and for all other relief to which Plaintiff may be entitled.

Respectfully submitted,

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax: (501) 374-5092
Email: ckees@bbpalaw.com

By:_____/s/ Cody Kees_____
        W. Cody Kees, #2012118

*Attorneys for Pulaski County Special School District*