# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**M.H. and C.F.G.H.**                                                          **PLAINTIFFS**

**v.**                            **NO. 4:24-cv-00167-LPR**

**PULASKI COUNTY SPECIAL**
**SCHOOL DISTRICT**                                                            **DEFENDANT**

## ANSWER TO COUNTERCLAIM

M.H. and C.F.G.H. ("Parents") for their Answer to Counterclaim (Doc. No. 6) state:

1. Parents admit the allegations in paragraphs 30, 31, and 32 of Defendant's Counterclaim.

2. Parents deny the allegations in paragraphs 33 of Defendant's Counterclaim.

3. As to paragraph 34 of Defendant's Counterclaim, Parents restate and reallege each of the allegations set forth herein word for word.

4. As to paragraph 35 of Defendant's Counterclaim, Parents admit that Defendant is a "party aggrieved" by the findings and decisions of the hearing officer but deny the remaining allegations in paragraph 35.

5. Parents affirmatively assert that Defendant failed to raise the alleged errors before the hearing officer and otherwise failed to preserve these errors for review, and accordingly, Defendant should be estopped from raising these errors in

this Court. *See Z.B. by & through Sanchez v. D.C.*, 382 F. Supp. 3d 32, 49 (D.D.C. 2019) ("An allegation not presented to the independent hearing officer at a due process hearing may not be raised for the first time in this Court."); *see also Albright as Next Friend of Doe v. Mountain Home Sch. Dist.*, 926 F.3d 942, 953 (8th Cir. 2019) ("[W]e do not address its application here because Albright did not attempt to raise the issue before the district court.").

6. Parents affirmatively assert that Defendant's appeal of the hearing officer's decision opens the door for Parents to seek additional "appropriate" relief in this Court. *See* 20 U.S.C. §1415(i)(2)(C)(iii); *Paris Sch. Dist. v. Harter*, 894 F.3d 885, 888 (8th Cir. 2018) ("A civil action review proceeding under § 1415(i)(2), while sometimes referred to as an 'appeal,' is formally an original civil action.") (citing *Kirkpatrick v. Lenoir Cty. Bd. of Educ.*, 216 F.3d 380, 384–85 (4th Cir. 2000)); *FB v. New York City Dep't of Educ.*, 923 F. Supp. 2d 570, 588 (S.D.N.Y. 2013) ("[T]he Court holds that the Parents were not required to cross-appeal issues raised in their due process complaint but not addressed by the IHO in his decision ruling in their favor.").

7. Parents affirmatively assert that Defendant is required to implement the hearing officer's decision and order while its appeal is pending; that Defendants' appeal will be moot when it has fully implemented the hearing

officer's decision and order; and accordingly, that Defendant should be estopped from raising the "capable of repetition, yet evading review" exception to mootness unless it seeks a stay of the hearing officer's decision and order and/or expeditiously pursues this appeal to decision before the case becomes moot. *See Iowa Prot. & Advocacy Servs. v. Tanager, Inc.*, 427 F.3d 541, 544 (8th Cir. 2005).

8. Parents affirmatively assert that Defendant makes no argument that an alternative, independent ground for the relief awarded was erroneous, and thus, the argument has been waived, and the hearing officer's decision may be affirmed on this basis alone. *See Am. Ins. Co. v. Scheufler*, 129 F.2d 143, 145 (8th Cir. 1942) (points not argued "abandoned and will be given no further consideration"); *Toby v. Holder*, 618 F.3d 963, 969 (8th Cir. 2010) ("Toby has failed to appeal these alternative, independent grounds for denial of withholding not related to her credibility and we accordingly deny the petition for review on this issue.").

WHEREFORE, Parents pray that the HO's decision be affirmed; that Parents be awarded attorneys' fees and costs as the prevailing party in proceedings under the IDEA; and, that Parents be awarded all other just and proper relief to which they may be entitled.

Respectfully submitted,

Theresa L. Caldwell
Arkansas Bar Number 91163

3

Clay Fendley
Arkansas Bar Number 92182
Attorney for Plaintiffs
**CALDWELL LAW OFFICE**
14 Alban Lane
Little Rock, Arkansas 72223
Tel.: 501-414-0434
E-mail: tlcatty@gmail.com