**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**M.H. and C.F.G.H.**                                                                    **PLAINTIFFS**

**v.**                                        **Case No. 4:24-cv-00167-LPR**

**PULASKI COUNTY SPECIAL**
**SCHOOL DISTRICT**                                                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Plaintiffs on their claim for attorneys' fees and costs. All other claims in this case are dismissed. The judgment in favor of Plaintiffs is for $28,264.49.

IT IS SO ADJUDGED this 31st day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE